**91-574.** State v. Hamilton. *Summit County,* No. 14695. On motion for leave to file delayed appeal. Motion granted.

**91-581.** Sedgwick v. Kawasaki Cycleworks, Inc. *Franklin County,* No. 89AP-302. On motion for leave to exceed page limit. Motion granted.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**91-583.** State v. Graham. *Cuyahoga County,* No. 57622. On motion for leave to file delayed appeal. Motion denied.

Resnick, J., dissents.

**91-612.** Pearson v. Pearson. *Erie County,* No. E-90-12. On motion to dismiss. Motion to dismiss overruled.

H. Brown, J., dissents.

Resnick, J., not participating.

**91-630.** State, ex rel. Freeman, v. Pierce. *Montgomery County,* No. CA 12211. On motion to expedite briefing schedule. Motion granted.

Douglas, J., would also require a bond.

# JURISDICTIONAL MOTIONS ALLOWED

**91-292.** Damons Missouri, Inc. v. Davis. *Franklin County,* No. 90AP-222.

Sweeney, Holmes and H. Brown, JJ., dissent.

# JURISDICTIONAL MOTIONS OVERRULED

**90-2257.** Fisher v. Consolidated Rail Corp. *Cuyahoga County,* No. 57521.

Douglas, J., dissents.

**90-2374.** State v. Deck. *Stark County,* No. CA-7943.

Wright, J., dissents.

**90-2478.** Estate of Bondurant v. J.C. Penney Cas. Ins. Co. *Fairfield County,* No. 39-CA-89.

Sweeney, Douglas and Resnick, JJ., dissent.

**91-131.** State, ex rel. Seals, v. Licking Cty. Court of Common Pleas. *Licking County,* No. CA-3544.

**91-160.** State v. Young. *Hamilton County,* No. C-900170.

**91-187.** Zuzak v. Pradist, Inc. *Cuyahoga County,* No. 57609.

**91-217.** Jones v. Ball. *Ashtabula County,* No. 90-A-1541.

**91-224.** Tabler v. Miller. *Gallia County,* No. 89-CA-27.

**91-225.** State v. Karlen. *Summit County,* No. 14462.

Moyer, C.J., and Douglas, J., dissent.

**91-228.** Gurkovich v. AAA Mobile Home Sales & Brokerage, Inc. *Lorain County,* No. 90CA004881.

**91-241.** Gaston, Inc. v. Hamilton. *Butler County,* No. CA90-07-133.

H. Brown and Resnick, JJ., dissent.

**91-244.** McKinney v. St. Clair. *Guernsey County,* No. 90-CA-07.

**91-251.** Keystone Natl. Dev. Corp. v. Ohio Dept. of Commerce, Div. of Securities. *Franklin County,* No. 90AP-447.

Douglas, J., dissents.

**91-252.** State v. Kain. *Holmes County,* No. CA-418.

Moyer, C.J., Douglas and H. Brown, JJ., dissent.

**91-254.** Frashure v. Flight. *Summit County,* No. 14650.

**91-259.** McNea v. Cleveland. *Cuyahoga County,* No. 59698.

Moyer, C.J., and Wright, J., dissent.

**91-278.** Hanlin v. East Mfg. Corp. *Portage County,* No. 90-P-2180.

Sweeney, Douglas and Resnick, JJ., dissent.

**91-279.** Abroms v. Mosley. *Franklin County,* No. 90AP-238.

**91-285.** Fiorelli v. ESI Mortgage. *Cuyahoga County,* No. 60756.

**91-288.** Frazier v. Royal Brass Mfg. Co. *Cuyahoga County,* No. 57785.

Resnick, J., dissents.

**91-293.** State v. Smith. *Cuyahoga County,* No. 57687.

# REHEARING DOCKET

**89-2131.** State v. Suchomski. *Lake County,* No. 89-L-14-052. On motion for rehearing. Rehearing denied.

Sweeney, J., dissents.

**90-1098.** Akron v. Bilder. *Summit County,* No. 14363. On second motion for rehearing. Rehearing denied.